# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHARLES EDWARD DIAL, JR.**                                                    **PETITIONER**

**v.**                      **Case No. 3:16-cv-00239 KGB/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is considered, ordered and adjudged that this action is dismissed with prejudice.

It is so adjudged this the 30th day of June, 2017.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge